**Order entered January 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01313-CR

### TIEN JUNG KUO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law No. 6**
**Collin County, Texas**
**Trial Court Cause No. 006-88326-2013**

## ORDER
Before Justices Bridges, Lang-Miers, and Myers

Based on the Court's opinion of this date, we **DIRECT** the Clerk to issue the mandate in

this appeal **INSTANTER**.

/s/     LANA MYERS
           JUSTICE